USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020

# THE MARKS LAW FIRM, P.C.

January 8, 2020

**Via: ECF**
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

        **RE:** **Yelitza Picon v. Harman Hashimoto Enterprises, LLC**
              Docket: 1:19-cv-09706-LGS

Dear Judge Schofield,

    Plaintiff respectfully requests an adjournment of the initial conference/order to show cause hearing in the above referenced matter currently scheduled for January 9, 2020 at 10:40am.

    Plaintiff was able to make contact with Defendant today, January 8, 2020, and Defendant was not aware of the lawsuit and requested time to review the matter and retain an attorney. Therefore, Plaintiff on behalf of the parties requests thirty (30) days to allow Defendant time to retain an attorney and appear, answer or otherwise move.

    We thank you and the Court for its time and consideration on this matter.

Application GRANTED. The order to show cause hearing, scheduled for January 9, 2020, is CANCELED. Defendant shall answer, move or otherwise respond to the Complaint by February 10, 2020.

It is further ORDERED that the initial pretrial conference, scheduled for January 9, 2020, is adjourned to February 20, 2020, at 10:40 a.m.

Dated: January 8, 2020
      New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com